# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDA FLOREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:18-cv-01207-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before June 3, 2019;
2. Defendant's responsive brief shall be filed on or before July 3, 2019; and
3. Plaintiff's reply, if any, shall be filed on or before July 18, 2019.

IT IS SO ORDERED.

Dated: __**April 30, 2019**__

UNITED STATES MAGISTRATE JUDGE

1